IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RUSSELL J. WILLIAMS                                                      PETITIONER

v.                             Civil No. 08-5020

BENTON COUNTY DETENTION CENTER                      RESPONDENT

**ORDER**

Russell J. Williams, a detainee of the Benton County Detention Center, has submitted for filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2254. Rule 9.1 of the Local Rules for the Eastern and Western Districts of Arkansas require incarcerated persons to submit their habeas petitions under § 2254 on court-approved forms. Williams did not utilize the court approved form. **The clerk is directed to send Williams a § 2254 form. Williams is directed to complete the form and return it to the court for filing by February 8, 2008. The clerk is directed to provisionally file his handwritten petition.**

Additionally, Williams did not submit with his habeas petition an application to proceed *in forma pauperis* (IFP). **The clerk is directed to send Williams a blank IFP form. Williams is given until February 8, 2008, to complete, sign, and return the IFP application or pay the $5.00 filing fee. If he fails to either return the completed IFP application or pay the filing fee by February 8, 2008, this action will be subject to summary dismissal.**

The matter of service of the habeas petition will be determined at a later time.

IT IS SO ORDERED this __18__ day of January 2008.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 24 2008

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)